## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 8/6/13**

In re:   Case No.:   13−23324 NVA     Chapter:   13

Scott Streit
Debtor(s)

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Credit Counseling Certificate due 08/19/2013** |
| CONSEQUENCE: | **If the problem is not cured by the date below,** **YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |

This notice is issued pursuant to:   **11 U.S.C. § 521**
**Federal Rule of Bankruptcy Procedure 1007**
**Federal Rule of Bankruptcy Procedure 3015(b)**

**All deficiencies must be cured by <u>8/19/13</u>.**

**Please note: Form B6 (Declaration Concerning Debtor's Schedules) is required to be filed with Schedules A−J.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Lia Aure−Spivey  301−344−3392

cc:   Debtor(s)
Attorney for Debtor(s) − Allen Jack Paltell Jr.

Form ntcddl (03/05)