IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

*   *   *   *   *

In re: Scott Streit                                   Chapter 13

Case Number 13-23324

**MOTION TO RECONSIDER DISMISSAL BECAUSE DEBTOR HAD COMPLIED WITH EDUCATION REQUIREMENT PRIOR TO SUBMITTING PETITION AND TO AMEND PETITION TO INCLUDE CERTIFICATE**

**Whereas,** The Petitioners, by and through their attorneys, **Bell, Ragland, Gauges and Paltell**, LLC and **Allen Jack Paltell, Jr.**, filed a PETITION FOR BANKRUPTCY IN THE ABOVE-CAPTIONED MATTER on August 3, 2013.

**Whereas,** Petitioner complied with 11 USC Section 111 on July 31, 2013.

**Whereas,** Counsel for Petitioner inadvertently failed to submit the certificate of counseling on behalf of Debtor because Counsel was on vacation for two weeks in August.

**Whereas,** the case was dismissed solely for failure to submit the certificate of credit counseling on August 22, 2013.

**Whereas, petitioner fulfilled the statutory counseling requirement before the petition was submitted.**

1

**Whereas, no prejudice to any creditor has resulted from the inadvertent failure to submit the counseling certificate.**

**Whereas, Petitioner paid the filing fee and paid for the counseling program.**

**WHEREFOR, Petitioner prays as follows:**

**1. Permit the attached counseling certificate to be added to the original petition;**

**2. Permit the original petition to be reopened and amended to include the counseling certificate.**

**3. To waive the costs associated with opening a new Chapter 13 Petition.**

**4. And for such additional and proper relief as is proper.**

**Dated September 2, 2013**             /s/ Allen J Paltell, Jr. Esq.

## ORDER

The Motion of the above-named debtor, Scott Streit, to Reconsider and Amend his Petition to include a counseling certificate is granted. It is hereby ordered and decreed that the order of dismissal is rescinded and the Petitioner's request to amend the original petition is granted.

Date _____        _____

                                                                    US Bankruptcy Judge