

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: 13–23324 – NVA   Chapter: 13

Scott Streit
16487 Frederick Rd
Woodbine, MD 21797

## ORDER VACATING ORDER OF DISMISSAL
## FOR FAILURE TO FILE DOCUMENTS

By Order of the Court dated August 21, 2013, the above−captioned case was dismissed for failure to file documents required for timely administration of the case. Debtor(s) having satisfactorily explained the reason(s) for such failure, and the Court finding that it would be in the best interest of the Debtor(s) and parties in interest, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order dismissing the above−captioned case is hereby vacated, and the Clerk shall continue with the orderly administration of the case.

cc:   Debtor(s)
      Attorney for Debtor(s) – Allen Jack Paltell Jr.
      Chapter 13 Trustee – Ellen W. Cosby
      All Creditors

**End of Order**

15.4 – laspivey