UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                          *

   SCOTT STREIT                      *        Case No. 13-23324-NVA

                                                          *                   (Chapter 13)

      Debtor         `            *

*        *        *        *        *        *        *

OBJECTION TO CLAIMED EXEMPTIONS

       Ellen W. Cosby, Trustee, files this Objection to Claimed Exemptions and for cause states as follows:

       1.	On August 5, 2013, the Debtor(s) filed Schedules including a Schedule C, Property Claimed as Exempt.

       2.	The Debtor(s) claimed $22,975.00 as exempt equity in real property of the estate under Md. Code Ann., Cts. & Jud. Proc. §11-504(f)(1)(i)(2) two times.  The Debtor may not take the exemption for real property twice.

       3.	For the reasons stated the Trustee objects to the exemptions in real property claimed by the Debtor(s) in this case.

       WHEREFORE, the Trustee requests this Court to disallow the exemptions as to the real property claimed on Schedule C, and to grant such other and further relief as may be just.


Date:  September 17, 2013              /s/ Ellen W. Cosby
                                                     Ellen W. Cosby, Chapter 13 Trustee
                                                     300 East Joppa Rd., Suite 409
                                                     Baltimore, MD  21286
                                                     (410) 825-5923
                                                     Inquiries@ch13balt.com

## NOTICE

The Debtors shall file a responsive memorandum opposing this Objection, together with any documents and other evidence the Debtor wishes to attach in support of the exemptions, which response shall be filed with the Clerk, United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland 21201, and served on the Trustee, within 28 days of the date on the Certificate of Service of this Objection.  Any interested party may request a hearing that may be held in the Court's discretion.

## CERTIFICATE OF SERVICE

I certify that on September 17, 2013  a copy of this Objection was delivered electronically through ECF to E. ALLEN JACK PALTELL JR., ESQUIRE  and mailed by first-class mail, postage prepaid, to:

Scott Streit
16487 Frederick Rd
Woodbine, MD 21797


   /s/ Ellen W. Cosby
Ellen W. Cosby