UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                *

   SCOTT STREIT                      *       Case No. 13-23324-NVA

                                                    *            Chapter 13

      Debtor                         *

\*       \*       \*       \*       \*       \*       \*

## ORDER CONVERTING CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7

Having considered the Trustee's Motion to Convert Chapter 13 Case to a Case Under Chapter 7, any response thereto, and finding good cause, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Trustee's Motion is GRANTED; and it is further

**ORDERED**, that the case captioned above is hereby converted to a case under Chapter 7.

cc:    Debtor
       Debtor's Counsel
       Ellen W. Cosby, Trustee
       United States Trustee
       All Creditors
       Finance

**END OF ORDER**