UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Baltimore

In re:

J. Streit

Case No. 13-23324
Chapter 13

## OBJECTION TO CONFIRMATION

Upon conclusion of the §341 meeting conducted this date, Ellen W. Cosby, Chapter 13 Trustee, files this Objection to Confirmation of the proposed plan, based upon the following issues that must be resolved by the Debtor(s):

[X] Necessary documentation remains outstanding: _all pay advices for 6 months to calc. B22C_
    [X] Income documentation (for _60 days prior to petition advices_)
    [X] Property Valuation [X] Deed    [ ] Tax Returns (_____)
    [X] Other: _Copies of all leases & all properties_

[ ] The Debtor(s) must file tax returns due for _____.

[ ] Debtor(s) must timely resolve questions regarding the status and/or valuation of the lien(s) held/asserted by:

[X] Debtor(s) must file:
    [X] Amended Schedule(s): _G-tenants B-all assets + include business fixtures A-all properties B22C-amend & complete I-all income info, I-all employment info SOFA-#10, #18-25_
    [X] An Amended Plan to: [ ] adjust funding, [ ] to provide for: _monitor claims + treat all arrears claims ¶6 of plan to treat leases;_

[X] Other: _feasibility based on negative net income_

Unless otherwise noted, the above matters must be resolved no later than: _ASAP_

[X] Proper notice under the Local Bankruptcy Rules must be provided within ten (10) days to the creditor(s) omitted from the original mailing matrix: _IRS + State of MD_

I CERTIFY that a copy of this Objection was hand-delivered at the Office of the U.S. Trustee on _9/26_, 201_3_ to the Debtor(s) and counsel for the Debtor(s).

_/s/ Ellen W. Cosby_
Ellen W. Cosby, Chapter 13 Trustee